479 A.2d 1119

Commonwealth v. Casey, Appellant.
Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Argued April 15, 1984. Shaubut C. Walz, III, Public Defender, for appellant;

Scott R. Cramer, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and HOFFMAN, JJ.

Judgment of sentence affirmed.